PROB 34
1/92

Report and Order Terminating Supervised Release

# United States District Court
For The
Northern District of Iowa

UNITED STATES OF AMERICA        Crim. No. CR99-2019-001

v.

**Jerry Glen Weekley, Jr.**

It appearing that the above named has complied with the conditions of supervised release imposed by the Order of the Court heretofore made and entered in this case and that the period of supervised release expired on May 22, 2006. I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

Michael A. Mims
Senior U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this 23 day of May, 2006.

Linda R. Reade
U.S. District Court Judge